AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Premises known as
4526 13th Street, NW  Apt. 6
Washington, D.C.  20011

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

FILED
MAY 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 - 1 9 1   M - 01

(Further described below)

I ___Kathryn E. Ryan___ being duly sworn depose and say:

I am a(n)___Special Agent with the United States Department of State Diplomatic Security Service___ and have reason to believe
                                (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
4526 13th Street, NW  Apt. 6 Washington, D.C.  20011 which is further described in the attached affidavit which is incorporated by reference.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE ATTACHED AFFIDAVIT**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHMENT A OF THE AFFIDAVIT**

concerning a violation of Title __18__ United States Code, Section(s)__1028(A)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Abby Stavitsky
Federal Major Crimes Section
(202) 353-8829

Signature of Affiant
Kathryn E. Ryan,  Special Agent
United States Department of State Diplomatic Security Service

Sworn to before me, and subscribed in my presence

__MAY 03 2006__
Date         ALAN KAY
          U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer