AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched

Premises known as
4526 13th Street, NW  Apt. 6
Washington, D.C.  20011

**SEARCH WARRANT**

CASE NUMBER:
06 - 191 M - 01

TO:  __Kathryn E. Ryan__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Kathryn E. Ryan__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

4526 13th Street, NW  Apt. 6 Washington, D.C.  20011 which is further described in the attached affidavit which is incorporated by reference.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT A OF THE AFFIDAVIT**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before   MAY 1 0 2006
                                                     _____
                                                     (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

Date and Time Issued

Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

| **RETURN** | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>05/03/2006 | DATE AND TIME WARRANT EXECUTED<br>05/09/2006   0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>AT THE RESIDENCE |
| INVENTORY MADE IN THE PRESENCE OF   SA Brad Winter and SA John Mazzuchi | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

PLEASE SEE ATTACHED

**FILED**

MAY 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Kathryn Ryan_

Subscribed, sworn to, and returned before me this date.

_____     05-17-06
U.S. Judge or U.S. Magistrate Judge                Date



**U. S. Department of State**
BUREAU OF DIPLOMATIC SECURITY

## PROPERTY/EVIDENCE RECEIPT

PAGE ____ OF ____

| INVENTORY NO. | DATE/TIME RECEIVED (mm-dd-yyyy) 05-09-2006 | EVIDENCE LOG NO. | DIPLOMATIC SECURITY CASE NO. P-2006 P-2005-02610 |
|---|---|---|---|
| OTHER DEPT. CASE NO. | OTHER DEPT. PROPERTY LOCATION AND INVENTORY NO. | | |

| ADDRESS WHERE PROPERTY IMPOUNDED: 4526 13th ST NW #6 WASHINGTON DC | TYPE OF CASE: PASSPORT |
|---|---|

| RECEIVED FROM | ADDRESS | CITY | STATE | TELEPHONE NO. |
|---|---|---|---|---|
| WILLIAM BURGOS | 4526 13TH ST NW #6 | WASH | DC | |
| OWNER (If known) | ADDRESS | CITY | STATE | TELEPHONE NO. |

SUSPECT ☐   VICTIM ☐   SUBJECT ☒   RACE   SEX   DATE OF BIRTH   INCARCERATED YES☐ NO☐   WARRANT YES☐ NO☐

☐ SEIZED PROPERTY   ☐ FORFEITED PROPERTY   ☐ OTHER (Specify)
☐ VOLUNTARILY ABANDONED PROPERTY   ☐ CUSTODIAL PROPERTY

| ITEM NO. | QUANTITY | DESCRIPTION (Itemize currency by denomination) | CURRENCY ONLY Total Face Value | EVIDENCE LABEL NO. |
|---|---|---|---|---|
| 1 | 1 | WASH DC ID CARD NO. 1649110 IN NAME OF BURGOS, WILLIAM (12-22-65) | | |
| 2 | 1 | SS CARD # 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 IN NAME OF BURGOS, WILLIAM | | |
| 3 | 3 | MISC. ID OR MEMBERSHIP CARDS INO BURGOS, WILLIAM | | |
| 4 | 1 | US DOJ PHOTO ID CARD IN NAME OF DELOSANTOS, LIBERTO | | |
| 5 | 1 | COLLECTION OF DOCS, PERSONAL MAIL INO DELOSANTOS, LIBERTO | | |
| 6 | 1 | COPY OF PUERTO RICO BIRTH, CERT INO BURGOS, WILLIAM | | |
| 7 | 1 | COLLECTION OF DOCS IN NAME OF DELOSANTO | | |
| 8 | 1 | APPLICATION FOR SS CARD IN NAME OF DELOSANTO, LIBERTO | | |
| 9 | 1 | US DOJ PHOTO ID CARD IN NAME OF DELOSANTOS, LIBERTO | | |
| 10 | 141 | $20 BILLS (US) | $2820.00 | |
| 11 | 6 | $10 BILLS (US) | $60.00 | |
| 12 | 14 | $100 BILLS (US) | $1400.00 | |
| 13 | 3 | $50 BILLS (US) | $150.00 | |
| 14 | 1 | PRESCRIPTION FOR ALPRAZOLAM IN NAME OF BURGOS, WILLIAM | | |
| 15 | 1 | COMCAST CABLE BILL IN NAME OF WILLIAM BURGOS | | |

### ACKNOWLEDGEMENTS

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent.

(Print) _____   Brad A. Winton  5/9/06  (Signature)
(Sign) _____   WITNESS RAS 05/09/2006  (Signature)

RECEIVED BY (Print Name) ____   (Signature) ____   REASON ____   DATE (mm-dd-yyyy) AND TIME RECEIVED ____

DS-1857
07-2000
☆ U.S. GPO: 2004-307-923
COPY 2  CASE FILE